IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

YURI PETRINI                                                              PLAINTIFF

VERSUS                                          CIVIL ACTION No. 1:26-cv-00069-LG-RPM

APRYL READY                                                              DEFENDANT

---

**RESPONSE IN OPPOSITION TO
"CONSOLIDATED MOTION FOR LEAVE TO FILE SURREPLY…" ETC.**

Defendant, APRYL READY, submits this Response In Opposition To Plaintiff's Consolidated Motion for Leave to File Surreply, Reply in Support of Motion to Remand, and Motion to Strike (filed contemporaneously herewith) and in support of her Notice of Removal, Defendant would respectfully show:

1.      This Motion is without any basis whatsoever and should be denied forthwith. Plaintiff does nothing more than reargue *ad nauseum* what he has already been misrepresented again and again.  Enough is enough!

2.      No "Motion to Strike (filed contemporaneously herewith) has been filed according to the Docket in this matter as./

3.      It is difficult to ignore that Petrini again blatantly misrepresents his own pleadings.  Plaintiff's "Memorandum in Support of his Consolidated Motion for Leave to File Sur-Reply…The Operative Complaint Contains Zero Federal Claims" (DKT#12) at p. 2 states:

> Plaintiff's Motion to Remand demonstrated that the First Amended Complaint pleads only Mississippi-law causes of action**.** DKT#5 at 3-4; DKT#6 at 4-6. For the convenience of the Court, Plaintiff reiterates the

complete inventory:

*****

Count III (Procedural Due Process) - Mississippi Constitution.

Count IV (Substantive Due Process) - Mississippi Constitution.

Yet Plaintiff's First Amended Complaint (DKT#1-1 at p. 69 of 76) <u>specifically</u> alleges:

> V. COUNT III: PROCEDURAL DUE PROCESS
>
> 63. The Fourteenth Amendment forbids any State to deprive any person of life, liberty, or property without due process of law. **U.S. Const. amend. XIV,§ 1**. Due process requires, at minimum, notice and an opportunity to be heard at a meaningful time and in a meaningful manner. *Mathews v. Eldridge,* 424 U.S. 319,333 (1976); *Armstrong v. Manzo,* 380 U.S. 545,552 (1965). (Emphasis added).
>
> And
>
> VI. COUNT IV: SUBSTANTIVE DUE PROCESS
>
> 67. The substantive component of the Due Process Clause bars government action that shocks the conscience. *County of Sacramento v. Lewis,* 523 U.S. 833,846 (1998).

The "Mississippi Constitution" is not even mentioned[1] by Petrini in either Count III or Count IV as claimed by Petrini in his Motion above. In fact, he specifically cites the U.S. Const. amend. XIV,§ 1. and United States Supreme decisions in support of both counts. These misrepresentations are not mere mistakes by Petrini as he has continually done so in this case and the others. This been has pointed out before (See Response to Motion To Remain DKT#6 at p. 2) yet Petrini makes same misrepresentations again and again. He simply does not care or respect the judicial system. Petrini is not going to stop unless the Court stops him.

Plaintiff's Motion so devoid of merit, his Proposed Sur-Reply does nothing more

---

[1] In fact the only place the "Mississippi Constitution" is mentioned in his entire First Amended Complaint is his demand for a jury trial under Mississippi Constitution, Article 3, Section 31. (DKT#1-1 at p. 72 of 76) Not single claim under the Mississippi constitution is made despite Petrini's claims to the contrary.

2

than argue the same old arguments he has made again and again.  He may have convince they are "true" but they simply are not!!! Plaintiff should be sanctioned for again wasting the Court's and parties' time.

WHEREFORE, PREMISES CONSIDERED, despite Petrini's attempt to again walk back the allegations of his Amended Complaint it is abundantly clear that on face of the Amended Complaint he specifically alleges violation of the U.S. Const. amend. XIV, § 1, both procedural due process and substantive due process.  Petrini's Motion for Leave to File Surreply, Reply in Support of Motion to Remand, and Motion to Strike (filed contemporaneously herewith)[2] should be denied.

RESPECTFULLY SUBMITTED, this the 21st of March, 2026.

APRYL READING, DEFENDANT

BY AND THROUGH HER ATTORNEYS OF RECORD

BOYCE HOLLEMAN & ASSOCIATES

BY:   *s/ Tim C. Holleman*

Tim C. Holleman (MS Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com

---

[2] No Motion to Strike has been filed.

3

4

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have filed the above and foregoing pleading utilizing the ECF system a true and correct copy of the foregoing document and have emailed, a true and correct copy of the above and foregoing Response In Opposition To Plaintiff's Consolidated Motion for Leave to File Surreply, Reply in Support of Motion to Remand, and Motion to Strike (filed contemporaneously herewith) to the Pro Se Plaintiff at his mailing address as follows:

Yuri Petrini
929 Division Street
Biloxi, MS 39530
Email: yuri@megalopolisms.com

THIS this the 21st of March, 2026.

_s/ Tim C. Holleman_

Tim C. Holleman (MS Bar #2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS  39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email:  tim@boyceholleman.com